UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN D. HUNTER,

Plaintiff,

v.

P. REECE, et al.,

Defendants.

No. 2:24-cv-02513 SCR P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In a screening order dated June 18, 2025, the undersigned determined plaintiff's complaint failed to state any claims for relief and granted plaintiff 30 days to file an amended complaint. (ECF No. 11.) Plaintiff did not timely amend. On July 25, 2025, plaintiff filed a notice of change of address and a request to stay this action.[1] (ECF No. 14.) Plaintiff has not shown good cause for a stay. Accordingly, plaintiff's motion is denied. However, the undersigned will grant plaintiff an extension of time to file an amended complaint.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay (ECF No. 14) **Case No. 2:24-cv-02513 SCR P** is denied;

[1] Plaintiff's motion also sought a stay of another § 1983 case pending in this district, Hunter v. Beard, et al., 2:25-cv-00523 CSK P. (ECF No. 14.)

2. Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint; and

3. The Clerk of the Court is directed to send plaintiff a copy of the screening order (ECF No. 11) and a copy of the prisoner complaint form used in this district.

DATED: August 4, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE