**FILED**

Hunter, Adrian CDC# AD0156
Name and Prisoner/Booking Number

California Medical Facility
Place of Confinement

P.O. Box 2500
Mailing Address

Vacaville, CA, 95696-2500
City, State, Zip Code

SEP 15 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Adrian O. Hunter
(Full Name of Plaintiff)           Plaintiff,

v.

(1) P. Reece
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)  CASE NO. __2:24-cv-2513 SCR (PC)__
)          (To be supplied by the Clerk)
)
)
)
)
)  **CIVIL RIGHTS COMPLAINT**
)  **BY A PRISONER**
)  "Jury Trial Demanded"
)  ☐ Original Complaint
)  ☒ First Amended Complaint
)  ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: California Medical Facility-Vacaville

Revised 3/15/2016                                1

## B. DEFENDANTS

1. Name of first Defendant: **P. Reece**. The first Defendant is employed as: **Correctional officer** at **California Medical Facility**.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____at_____.
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Adrian Hunter** v. **K. Beard**
      2. Court and case number: **Eastern District 2:25-CV-00523-CSK**.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         **Still pending**.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
         _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **Violation of my 1st, 8th, 14th Admendment And ADA Right**

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: **False RVR**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 8/4/23 At Approximately 0700 hours I was assistance ADA Inmate to corridor towards PTU Kitchen. ADA Inmate Kenneth # G16361 out of M-1 Asked me for Assistance He wanted me to Assist him with his food trays, beverages, And Seating. I Assist ADA Inmate, which it is my job duty. I was standing in line with my patient. There was Inmate that was loud in line. The officer P. Reece had Approach me And then Ask m whet Are you doing over here. I had pointed to my patient And I Said this gentleman Ask me to Assist him to chow. He noticed the Inmate didn't have on his ADA vest And his cane, Which he is familiar with this Inmate, According to his Statement. He had told me the I'm not Allowed to work in the west corridor And I had told him I Am an ADA worker An I'm Allowed to escort or Assist ADA Inmate from All Areas of the prison, Since we Aren't on covid-19 program Anymore. He Started to talk to fast with A low voice, hard for me to understand him. I was confused of what he was said to me. I then Asked him to repeat it. Again, I didn't hear you. He Ignored my question And refusi to repeat it again. I had told him I Am A DDP/ CCCMS Inmate, with A hearing disabili, He then Asked for my ID card And my work card. He had wrote my name And CDC number then gave it back to me, then told me to leave. Before I had told him About my disabi

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I sustain Serious mental disorders And extreme mental distress, Mental Emotion, And Mental Depression

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I Am Satisfied the Claim was granted And the RVR was dismissed

3

## D. CAUSE OF ACTION

### CLAIM I

1.    State the constitutional or other federal civil right that was violated: _violation of my 1st, 8th, 14th Admendment And ADA Right_

2.    **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☑ Other: _False RVR_

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_he was Already Aware of my disability. According to his statement, I wasn't Aware And warning by officer P. Reece that I was going to receive A write-up, which I didn't Violated rule number: 3015(a). According to my Statement And my witness Statement, I was doing my ADA worker job duty._

4.    **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_I Sustain Serious mental disorders And extreme mental distress, Mental Emotion, And Mental Depression_

5.    **Administrative Remedies:**
    a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes    ☐ No
    b.    Did you submit a request for administrative relief on Claim I?    ☑ Yes    ☐ No
    c.    Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes    ☑ No
    d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I Am Satisfied the claim was granted And the RVR was dismissed_

3  "1 - A"

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I Would like the Court to Calculate the ratio between Punitive damages And Compensatory damages in the Amount of 10 million dollars. I want Equitable relief. Reason Accommodation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/3/2025__
　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Case Name: _Adrian Hunter V. K-Beard_

Case Number: _2:24-CV-2513 SCR (PC)_

Court: _Eastern District_

## PROOF OF SERVICE BY MAIL

I, _Hunter A._ , declare:

That I am over the age of eighteen years of age and am not a party to the above entitles cause of action. That I reside in ~~Solano County,~~ ~~California at the California Medical Facility,~~ ~~at 1600 California Drive, P.O. Box 2500, Vacaville, California, 96587-2500.~~

That on _9/3/2025_ I severed the attached: a true copy of the attached:

_In the united States District court for the Eastern District of california_

By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the internal legal mail collection system at the ~~California Medical Facility,~~ ~~Vacaville,~~ California, addressed as follows:

_Los Angeles County Jail_
_P.O. Box 86164_
_Terminal Annex_
_Los Angeles, CA, 90086-0164_
_MCJ 5800_

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That's this proof of service was executed on _9/3/2025_ at the ~~California Medical Facility, Vacaville,~~ ~~California~~.

_Los Angeles County Jail_
_Los Angeles, CA,_

_Adrian, Hunter_ _____  _[signature]_ _____

Declarant                          Declarant's Signature